# Exhibit A

# LAW OFFICE OF LARRY ROACH
### 175 Montrose West Ave Suite # 170
### Copley Township, Ohio 44321
Toll Free: (866) 204-3699     Local: (330) 668-2260
Fax: (330) 668-2092

TIMARRA YATES
1077 PORTOLA AVE
SANTA CLARA CA 95050

JULY 18TH, 2004

RE:  Creditor:         JEFFERSON CAPITAL SYSTEMS, LLC
     Original Creditor: PROVIDIAN BANK/EMERGE
     Amount Owed: $3,745.78
     Interest Claimed Due: $0.00
     Total Claimed Due: $3,745.78
     Account #: 12852180040600852

Dear TIMARRA YATES :

We have written to you previously about your debt described above. Because you did not write to us disputing this debt, the law permits us to now assume it is a valid debt. We believe this matter could be settled without resort to further collection effort if we can secure your cooperation.

If you would like to settle this matter so that our office does not need to proceed further, please contact our office using our toll free number, 1-866-204-3699.

TAKE NOTICE AND ACT ACCORDINGLY.

*Larry Roach, Esq.*

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

# Exhibit B

From: LAW OFFICE OF RON WILCOX    408 296 0486    01/06/2005 23:01 #133 P.004/004
Case5:04-cv-05433-JW   Document1-1   Filed12/23/04   Page4 of 4

09/01/2004  08:25   14089981424                    SIGNAL MAINTENANCE                              PAGE  02/02

# LAW OFFICE OF LARRY ROACH
### 175 Montrose West Ave Suite # 170
### Copley Township, Ohio 44321
### Toll Free: (866) 204-3699    Local: (330) 668-2260
### Fax: (330) 668-2092

TIMARRA YATES
1077 PORTOLA AVE                                           AUGUST 26TH, 2004
SANTA CLARA CA 95050

RE:   Creditor:            JEFFERSON CAPITAL SYSTEMS, LLC
      Original Creditor: PROVIDIAN BANK/EMERGE
      Amount Owed: $3,745.78
      Interest Claimed Due: $0.00
      Total Claimed Due: $3,745.78
      Account #: 128521800406008852

Dear TIMARRA YATES :

As you know from our previous letters, we represent the above named creditor, PROVIDIAN BANK/EMERGE. If you continue to ignore this matter, we will have no option but to exhaust whatever legal measures are available to collect this debt. We regret having to take this step but your failure to pay this bill has left us no option.

To avoid this step, please call our office immediately. The toll free number is 1-866-204-3699.

Sincerely,

*Lawrence J Roach*
Larry Roach, Esq.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.